Oscar Odsen, Respondent, v. William M. Moore Sons, Inc., and Anthony Indelicato and Salvatore Indelicato, Doing Business under the Firm Name and Style of Indelicato Plastering Company, Appellants.* Judgment and orders affirmed, with costs. No opinion. Rich, Young, Seeger and Scudder, JJ., concur; Lazansky, P. J., dissents and votes for a reversal and a new trial.

The People of the State of New York, Respondent, v. Joseph Buckner, Appellant.— Judgment of conviction of the Court of Special Sessions, Borough of Brooklyn, unanimously affirmed. No opinion. Present — Lazansky, P. J., Rich, Young, Seeger and Scudder, JJ.

The People of the State of New York, Respondent, v. Joseph Silverberg, Appellant.— Judgment of conviction of the County Court of Queens county, and order denying motion to set aside the verdict and for a new trial, affirmed. Lazansky, P. J., Rich and Young, JJ., concur; Seeger, J., dissents upon the ground that the character witnesses were permitted to testify to arrests of defendant, and defendant was not allowed to explain; Scudder, J., dissents.

Edward Royce, Appellant, v. Florenz Ziegfeld and Rio Rita Co., Inc., Respondents. (Appeal No. 2.) — Order denying motion for a further bill of particulars and to preclude defendants from giving certain evidence modified so as to preclude defendants from offering evidence as to the matters contained in paragraphs numbered 8, 10, 11, 13 and 15 of the order dated January 30, 1928, and as so modified affirmed, without costs. The statements contained in the bill of particulars submitted pursuant to the order of March 17, 1928, directing the service of a further bill of particulars as to the matters contained in said paragraphs of the order of January 30, 1928, do not, as to such paragraphs, comply with the terms of the order of March 17, 1928, but are merely a repetition of the allegations and matters contained in the original bill of particulars. If defendants were unable to comply with the order of January 30, 1928, they should, at the time that the original order was applied for, have presented facts showing such inability. (*deGumoens* v. *Equitable Trust Co.*, 211 App. Div. 399.) Lazansky, P. J., Rich, Young, Seeger and Scudder, JJ., concur.

Philip Schneider, Appellant, v. David H. Edelsohn, Respondent, Impleaded with Kate Gorman and Others, Defendants.— Judgment and orders unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Rich, Young, Seeger and Scudder, JJ.

Dora Sharp, Respondent, v. William J. Dalton and Others, Individually and as Members of the Council of the City of Long Beach, Nassau County, N. Y., Appellants.— Order granting injunction *pendente lite* reversed upon the law and the facts, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. Upon the record presented, we are of opinion that the ordinance was valid in its adoption, both as to procedure (*People ex rel. Locke* v. *The Common Council of the City of Rochester*, 5 Lans. 11), and as to the exercise of the police power. Lazansky, P. J., Rich, Young, Kapper and Scudder, JJ., concur.

---

* Mod., 249 N. Y. 558.